# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUPREE LANGSTON,<br><br>    Petitioner,<br><br>v.<br><br>STU SHERMAN,<br><br>    Respondent. | Case No. 1:17-cv-01108-SAB-HC<br><br>ORDER DIRECTING RESPONDENT TO LODGE DOCUMENTS WITH THE CLERK OF COURT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 1, 2017, Respondent filed a notice of lodging documents in paper format. (ECF No. 12). However, the Court has yet to receive any documents. Accordingly, IT IS HEREBY ORDERED that within fourteen (14) days of the date of this order, Respondent SHALL LODGE with the Clerk of Court any and all transcripts or other documents necessary for the resolution of the issues presented in the petition.

IT IS SO ORDERED.

Dated: **February 13, 2018**

                                       UNITED STATES MAGISTRATE JUDGE